UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

KEVIN WILLIAM CASSADAY,

    Plaintiff,

v.

MICHIGAN WORKERS DISABILITY
COMPENSATION AGENCY, et al.,

    Defendants.
_____/

Case No. 1:21-CV-753

HON. GORDON J. QUIST

## **JUDGMENT**

The Court has dismissed the complaint for failing to state a claim. Pursuant to Rule 58 of the Federal Rules of Civil Procedure, Judgment is hereby entered in favor of Defendants and against Plaintiff.

Dated: November 24, 2021

                                                  /s/ Gordon J. Quist
                                                 GORDON J. QUIST
                                          UNITED STATES DISTRICT JUDGE